UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SEAN HAMER, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  1:14-cv-570 JURY TRIAL DEMANDED |
| SOURCE REFRIGERATION & HVAC, INC., | § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT

After the parties informed the court that they were attending mediation regarding this matter, the court continued all deadlines and motions. (Dkt. 29) The parties attended mediation on November 4, 2014 in San Francisco. The court's order requires the parties to provide a status report.

The parties are pleased to announce that they have reached a tentative settlement regarding all claims in this case as well as the claims in related litigation filed in California and Colorado.  The parties' settlement calls for the Plaintiffs to file an Amended Complaint in the California case that would assert the claims pending in this case and the case filed in Colorado. The parties anticipate filing such Amended Complaint in the Galeener case on or before December 16, 2014.  Around the same time, Plaintiffs would also file an agreed dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties are in the process of drafting the final settlement documents and related motions.

At this time, the parties request that the court enter the attached Order ruling that (1) any scheduled dates or pending motions are continued pending further order of this court and (2)

Plaintiffs shall file their Agreed Notice of Dismissal pursuant to Rule 41 or provide a further status report to the court on or before December 16, 2014.

KENNEDY HODGES, L.L.P.

By:  /s/ Galvin B. Kennedy
    Galvin B. Kennedy
    gkennedy@KennedyHodges.com
    Texas State Bar No. 00796870
    Federal Bar No. 20791
    Gabriel A. Assaad
    Gassaad@kennedyhodges.com
    State Bar No. 24076189
    Federal Bar No. 1374492
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

**ATTORNEYS FOR PLAINTIFFS**

By:  /s/ Courtney Stewart
    Courtney Stewart
    Texas Bar No. 24042039
    courtney.stewart@dlapiper.com
    DLA PIPER LLP (US)
    401 Congress Avenue, Suite 2500
    Austin, Texas 78701-3799
    Telephone: 512-457-7000
    Facsimile: 512-457-7001

    Michael J. Sheehan( pro hac vice)
    michael.sheehan@dlapiper.com
    DLA PIPER LLP (US)
    203 North LaSalle Street, Suite 1900
    Chicago, Illinois 60601-1293
    Telephone: 312-368-7024
    Facsimile: 312-251-5854

    Benjamin M. Gipson (pro hac vice)
    ben.gipsongdiapiper.com

Katharine J. Liao(pro hac vice)
katharine.liao@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North
Tower
Los Angeles, California 90067-4704
Telephone: 310-595-3000
Facsimile: 310-595-3300

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on November 14, 2014 I electronically filed the foregoing instrument using the Western District of Texas's CM/ECF. I also certify that the foregoing instrument is being served on this day to all parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.:

  /s/ Galvin B. Kennedy
Galvin B. Kennedy