**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| SEAN HAMER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SOURCE REFRIGERATION & HVAC, INC., ARSENAL CAPITAL MANAGEMENT LP, and ARSENAL CAPITAL PARTNERS LP,<br><br>    Defendants. | Civil Action No. 1:14-CV-570<br><br>JURY TRIAL DEMANDED |

## **JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

COME NOW, Plaintiff Sean Hamer and Defendants Source Refrigeration & HVAC, Inc., Arsenal Capital Management LP, and Arsenal Capital Partners LP and file this Joint Motion for Dismissal Without Prejudice, and state:

Plaintiff and Defendants have entered into a settlement agreement (the "Agreement") on February 18, 2015. This dismissal is made pursuant to the parties' agreement that Hamer and the Hamer opt-ins are allowed to join the *Galeener* action, with tolling of the statute of limitations as set forth in the parties' agreement in Galeener. In light of the Agreement, Plaintiff and Defendants respectfully request that all claims made by Plaintiff against Defendants be dismissed without prejudice to refiling, in whole or in part, and that all costs of court be taxed to the party incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that all claims made by Plaintiff against Defendants be dismissed without prejudice to their refiling, in whole or in part, and that all costs of court be taxed to the party incurring them.

Dated: February 25, 2015	Respectfully submitted,

*/s/ Courtney Stewart*
Courtney Stewart
Texas Bar No. 24042039
courtney.stewart@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

Michael J. Sheehan (*pro hac vice*)
michael.sheehan@dlapiper.com
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: 312-368-7024
Facsimile: 312-251-5854

Benjamin M. Gipson (*pro hac vice*)
ben.gipson@dlapiper.com
Katharine J. Liao (*pro hac vice*)
katharine.liao@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Telephone: 310-595-3000
Facsimile: 310-595-3300

**ATTORNEYS FOR DEFENDANTS**


KENNEDY HODGES, L.L.P.

*/s/ Galvin B. Kennedy*
Galvin B. Kennedy
gkennedy@KennedyHodges.com
Texas State Bar No. 00796870
Federal Bar No. 20791
Gabriel A. Assaad
Gassaad@kennedyhodges.com
State Bar No. 24076189
Federal Bar No. 1374492
711 W. Alabama St.

Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on February 25, 2015.

*/s/ Courtney Stewart*
Courtney Stewart

EAST\96212308.1